ANNA B. CRAWFORD v. LESTRE R. MOSS and Others.— Motion for reargument denied; motion for leave to appeal granted and question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY MINDLIN and Others v. MEYER DORFMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of OLIVIA JETTINGHOFF v. AARON J. LEVY, Justice, etc.— Motion denied with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DENNIS O'ROURKE, as Executor, etc., v. JAMES ROGERS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL ARACHTINGI v. JOSEPH P. DAY and Others, as Receivers, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES J. KEHOE v. JOHN P. LEO, as Commissioner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY B. MACHEN v. NICHOLAS J. HAYES, as Commissioner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH MORRIS v. DIMOCK & FINK COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS FOX v. FRANCIS A. WILLIAMS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the CITY OF NEW YORK (Park Ave. and St. Paul's Place, Bronx; GEORGE HENNINGS).— Motion to confirm report granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM L. ERLANGER v. MARC KLAW.— Motion denied, with ten dollars costs. . Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUIDE REALTY COMPANY v. JAMES G. DRISCOLL.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.